UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

Patricia Long,
1240 Oakcrest Drive
Charleston, South Carolina 29412

and

Thomas Long,
1240 Oakcrest Drive
Charleston, South Carolina 29412

       Plaintiffs,

UMR, formally Fiserv Health
Subrogation Unit
PO Box 8073
Wausau, Wisconsin 54402-8073,

and

Compcare Health Services Insurance Corporation
Registered Agent: CT Corporation System
8040 Excelsior Drive, Ste. 200
Madison, Wisconsin 53717,

       Subrogated Plaintiffs,

v.                                                                                          CASE NO.

Society Insurance, A Mutual Company
Registered Agent: Steven J. Binkley
Society Insurance, A Mutual Company
150 Camelot Drive
Fond du Lac, Wisconsin 54935,

and

GP Management Services, Inc.
Registered Agent: George E. Prescott
2412 W. Washington Street, Suite 200
West Bend, Wisconsin 53095

and

South Main Center, Inc.
Registered Agent: Matthew Prescott
646 West Washington Avenue, Suite E
Madison, Wisconsin 53703,

   Defendants.

___

## COMPLAINT

  Plaintiffs, Patricia Long and Thomas Long, by their attorneys, Law Offices of Michael S. Sperling, by Michael S. Sperling, for their complaint against Defendants, allege as follows:

  1. Plaintiffs, Thomas Long and Patricia Long, husband and wife, are adults residing at 1240 Oakcrest Drive, City and County of Charleston, South Carolina 29412.

  2. Subrogated Plaintiff, UMR, formally Fiserv Health, is a health insurer with its home offices located at 115 Wausau Avenue, Wausau, Wisconsin; UMR, formally Fiserv Health, provided medical benefits to the Plaintiff, Patricia Long, as a result of the injuries described below and may claim a subrogated interest in this matter.

  3. Subrogated Plaintiff, Compcare Health Services Insurance Corporation, is a health insurer with its home offices located at 6775 West Washington Street, West Allis, Wisconsin; Compcare Health Services Insurance Corporation, provided medical benefits to the Plaintiff, Patricia Long, as a result of the injuries described below and may claim a subrogated interest in this matter.

  4. Defendant, Society Insurance, A Mutual Company, is a Wisconsin corporation with its mailing address at Post Office Box 1029, Fond du Lac, Wisconsin; its registered agent is Steven J. Binkley, located at Society Insurance, 150 Camelot Drive, Fond du Lac, Wisconsin. Defendant, Society Insurance, at all times material herein had in force and effect a policy of insurance with Defendants, GP Management Services, Inc. and South Main Center, Inc. which

provides coverage for Plaintiffs' claims.

5. Defendant, GP Management Services, Inc. is a Wisconsin corporation with its offices located at 2412 W. Washington Street, Suite 200, West Bend, Wisconsin; and was the owner and/or manager of the property involved in the accident as set forth below.

6. Defendant, South Main Center, Inc., is a Wisconsin corporation with its offices located at 646 West Washington Avenue, Suite E, Madison, Wisconsin; and was the owner and/or manager of the property involved in the accident as set forth below.

7. There is diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds Seventy-Five Thousand Dollars and no/100 ($75,000), inclusive of interest and costs.

8. That venue is proper in this Court pursuant to 28 U.S.C. Section 1391 (c) in that Defendants continuously and systematically conduct business within Eastern District of Wisconsin and the accident which is the subject of this action occurred in the Eastern District of Wisconsin.

## I. NEGLIGENCE

9. Plaintiffs reallege and incorporate herein paragraph nos. 1-8.

10. On the 24th of October, 2005, Plaintiff, Patricia Long, while on the premises of the Defendants, GP Management Services, Inc. and South Main Center, Inc. at Pick N Save, located at or near 1625-1719 Main Street, West Bend, Wisconsin, fell due to a hole in the parking lot of said premises, thereby sustaining serious and permanent injuries.

11. Defendants were negligent in maintenance, warnings, inspection and failure to repair the hole which injured Plaintiff, among other negligent acts or omissions.

12. The negligence of Defendants was a proximate cause of damages and injuries to

Plaintiffs.

13. That as a result of Defendants' negligence, Plaintiff, Patricia Long, has sustained permanent injuries, endured past pain, suffering and disability, and will likely endure future pain, suffering and disability; she has incurred past medical bills and will likely incur future medical bills; she has sustained past lost wages and will likely sustain future lost wages all to her damages in an amount to be determined at trial.

14. As a result of his wife's injuries, Plaintiff, Thomas Long, has and will suffer a loss of society, comfort and companionship for which he is entitled to recover in an amount to be determined at trial.

## II. SAFE PLACE VIOLATION

15. Plaintiffs reallege and incorporate herein paragraph nos. 1-14.

16. Defendants failure to maintain, warn, inspect and repair the parking lot hole violated § 101.11 Wis. Stats..

17. Defendants violation of § 101.11 Wis. Stats. was a proximate cause of Plaintiffs' damages.

WHEREFORE, Plaintiffs, Patricia Long and Thomas Long, demand judgment against Defendants, jointly and severally, for compensatory damages, costs, interest, disbursements and such further relief as the Court deems just and equitable.

Dated this _____ day of _____, 2008 at Milwaukee, Wisconsin.

                                      LAW OFFICES OF MICHAEL S. SPERLING
                                      Attorneys for Plaintiffs


                                      By:_____
                                      Michael S. Sperling
                                      State Bar No. 1005133

P.O. ADDRESS:
100 East Wisconsin Avenue
Suite 1020
Milwaukee, Wisconsin 53202
Telephone: (414) 273-7100
Facsimile: (414) 276-9022

PLAINTIFFS DEMAND TRIAL BY A JURY OF TWELVE (12) PERSONS