# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PATRICIA LONG AND THOMAS
LONG
        Plaintiffs,

    v.                                  Case No. 08C0786

SOCIETY INSURANCE, et al.,
        Defendants.

## ORDER

Defendants Roundy's Supermarkets, Inc., and Travelers Property Casualty Insurance Company seek leave to amend their answer. They have not, however, submitted a proposed amended pleading as required by Civil L.R. 15(b). Therefore,

**IT IS ORDERED** that defendants' motion to amend (Docket #74) is **DENIED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin this 1st day of March, 2011.

/s_____
LYNN ADELMAN
District Judge